UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| AZCAN RPG LLC )<br>)<br>PLAINTIFF )<br>)<br>v. ) | NO. 2:14-cv-00158-DBH |
| )<br>FAROUK SHEIKH, et al. )<br>)<br>)<br>DEFENDANTS ) | |

## JUDGMENT

In accordance with the Oral Order Granting the Motions to Dismiss, issued on June 19th, 2014, by U.S. District Judge D. Brock Hornby; Judgment is hereby entered for the Defendants FAROUK SHEIKH, MULTISTATE REO LIMITED LIABILITY COMPANY, US REO FUND V LIMITED LIABILITY COMPANY, US REO FUND VII LIMITED LIABILITY COMPANY, US REO FUND X LIMITED LIABILITY COMPANY, US REO FUND NZR LIMITED LIABILITY COMPANY, REO DISTRIBUTION LIMITED LIABILITY COMPANY, FIRST FIDELITY REO LIMITED LIABILITY COMPANY and against the Plaintiff AZCAN RPG LLC.

Christa K. Berry
Clerk of Court

By:  /s/ Melody Whitten
Melody Whitten
Deputy Clerk

Dated: June 19, 2014